UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT C. KELLY,              )<br>                                             )<br>            Plaintiff,            )<br>                                             )<br>      v.                              )<br>                                             )<br>JOHN E. POTTER, POSTMASTER )<br>GENERAL OF THE UNITED STATES )<br>POSTAL SERVICE,           )<br>                                             )<br>            Defendant.         ) | No. 08 C 1919<br><br>Judge Coar |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Jonathan C. Haile
     JONATHAN C. HAILE
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 886-2055
     jonathan.haile@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## ATTORNEY DESIGNATION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on April 28, 2008, to the following non-ECF filers:

Michael T. Smith
Law Offices of Michael T. Smith
440 W. Irving Park Road
Roselle, IL 60172

By: s/ Jonathan C. Haile
JONATHAN C. HAILE
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-2055
jonathan.haile@usdoj.gov