UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT C. KELLY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 08 C 1919 |
| JOHN E. POTTER, Postmaster General of the United States Postal Service, | ) ) Judge Coar ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION FOR AN**
**EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

John E. Potter, Postmaster General of the United States Postal Service, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves for a 28-day extension of time to serve its response to the complaint, and in support thereof states as follows:

1. The Postal Service's response to the complaint is now due to be filed on June 23, 2008.

2. The United States Attorney's Office has not yet received from the Postal Service the information it needs to respond to plaintiff's complaint. We expect to receive that information and be able to prepare the response within an additional 28 days. Accordingly, we request that the time for filing the response be extended until July 21, 2008.

WHEREFORE, defendant requests that the court extend the time for filing its response to and including July 21, 2008.

                                                Respectfully submitted,

                                                PATRICK J. FITZGERALD
                                                United States Attorney

                                    By: s/ Jonathan C. Haile
                                        JONATHAN C. HAILE
                                        Assistant United States Attorney
                                        219 South Dearborn Street
                                        Chicago, Illinois 60604
                                        (312) 886-2055
                                        jonathan.haile@usdoj.gov

*Of Counsel:*

Deborah W. Carlson, Esq.
Law Department
United States Postal Service
222 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606-6105

### CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

### DEFENDANT'S MOTION FOR AN EXTENSION OF TIME

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on June 23, 2008, to the following non-ECF filers:

Michael T. Smith
Law Offices of Michael T. Smith
440 W. Irving Park Road
Roselle, IL 60172

By: s/ Jonathan C. Haile
JONATHAN C. HAILE
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-2055
jonathan.haile@usdoj.gov