UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT C. KELLY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN E. POTTER, Postmaster General of the )<br>United States Postal Service, )<br>)<br>Defendant. )<br>) | No. 08 C 1919<br><br>Judge Coar |

## NOTICE OF MOTION

To:   Michael T. Smith
      Law Offices of Michael T. Smith
      440 W. Irving Park Road
      Roselle, IL 60172

PLEASE TAKE NOTICE that on **Tuesday, July 1, 2008,** at **9:00 a.m.**, I will appear before Judge Coar in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **Defendant's Motion for an Extension of Time to Respond to the Complaint,** at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Jonathan C. Haile
    JONATHAN C. HAILE
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois  60604
    (312) 886-2055
    jonathan.haile@usdoj.gov

## CERTIFICATE OF SERVICE

  The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## NOTICE OF MOTION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on June 23, 2008, to the following non-ECF filers:

  Michael T. Smith
  Law Offices of Michael T. Smith
  440 W. Irving Park Road
  Roselle, IL 60172

            By: s/ Jonathan C. Haile
               JONATHAN C. HAILE
               Assistant United States Attorney
               219 South Dearborn Street
               Chicago, Illinois 60604
               (312) 886-2055
               jonathan.haile@usdoj.gov