UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT C. KELLY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN E. POTTER, Postmaster General of the )<br>United States Postal Service, )<br>)<br>Defendant. ) | No. 08 C 1919<br><br>Judge Coar |

## DEFENDANT'S MOTION TO DISMISS

Defendant, the Postmaster General, through his attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(1) and (6) for lack of subject matter jurisdiction, failure to state a claim, *res judicata,* and failure to exhaust administrative remedies. A memorandum of law is submitted herewith.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Jonathan C. Haile
    JONATHAN C. HAILE
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-2055
    jonathan.haile@usdoj.gov

*Of Counsel:*

DEBORAH W. CARLSON, Esq.
Law Department
United States Postal Service
222 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606-6105

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**DEFENDANT'S MOTION TO DISMISS**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on June 30, 2008, to the following non-ECF filers:

> Michael T. Smith
> Law Offices of Michael T. Smith
> 440 W. Irving Park Road
> Roselle, IL 60172

> By: s/ Jonathan C. Haile
> JONATHAN C. HAILE
> Assistant United States Attorney
> 219 South Dearborn Street
> Chicago, Illinois 60604
> (312) 886-2055
> jonathan.haile@usdoj.gov