UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT C. KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 1919 |
| v. | ) | |
| | ) | |
| JOHN E. POTTER, Postmaster General of the | ) | Judge Coar |
| United States Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Michael T. Smith
      Law Offices of Michael T. Smith
      440 W. Irving Park Road
      Roselle, IL 60172

PLEASE TAKE NOTICE that on **Tuesday, July 8, 2008,** at **9:00 a.m.**, I will appear before

Judge Coar in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219

South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place

and stead, and then and there present **Defendant's Motion To Dismiss,** at which time and place you

may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Jonathan C. Haile
    JONATHAN C. HAILE
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois  60604
    (312) 886-2055
    jonathan.haile@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

### NOTICE OF MOTION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on June 30, 2008, to the following non-ECF filers:

> Michael T. Smith
> Law Offices of Michael T. Smith
> 440 W. Irving Park Road
> Roselle, IL 60172

By:  s/ Jonathan C. Haile
JONATHAN C. HAILE
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-2055
jonathan.haile@usdoj.gov
