## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Robert C. Kelly

                    Plaintiff,

v.                                                                                  Case No.: 1:08−cv−01919
                                                                                    Honorable David H. Coar

John E. Potter

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 30, 2008:

      MINUTE entry before the Honorable David H. Coar: MOTION by Defendant John E. Potter for extension of time to file response/reply as to complaint [7] is granted, defendant to answer or plead on or before 7/21/2008. Set deadlines as to motion to dismiss [9]: Responses due by 7/23/2008, Replies due by 8/6/2008. MOTION by Defendant John E. Potter to dismiss [9] is taken under advisement – ruling to issue by mail. Parties need not appear on the presentment dates of 7/1 or 7/8/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.