UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ROBERT C. KELLY**, | ) | |
| | ) | |
| **Plaintiff,** | ) | **No: 08 C 1919** |
| | ) | |
| vs. | ) | |
| | ) | **Judge Coar** |
| **JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES POSTAL SERVICE,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF ELECTRONIC FILING

YOU ARE HEREBY NOTIFIED THAT we have this date filed in the Clerk in the Office of the United States District Court for the Northern District of Illinois, Eastern Division, the following:

Plaintiff's Response to Defendant's Motion To Dismiss

Dated: July 23, 2008

BY:/s/Michael T. Smith
Michael T. Smith

Michael T. Smith
Attorney for Plaintiff
440 W. Irving Park Road
Roselle, IL 60172
(847) 895-0626

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that on July 23, 2008, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of this filing of Plaintiff's Notice of Filing to the following:

Jonathan C. Haile
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
.

                         BY: s/Michael T. Smith
                             Michael T. Smith